UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA | § | |
| Plaintiffs, | § | |
| VS. | § | CRIMINAL ACTION NO. 4:18-CR-103 |
| CARLOS OTAVIO GUIMARES and | § | |
| JEMIMA DA ROCHA GUIMARAES | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count 2, a presentence report is ordered.

1. By **June 29, 2018** the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By **July 13, 2018** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **July 27, 2018** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for August **2, 2018 at 9:00 a.m.** (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

**United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266**

If you receive this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

It is so ORDERED. 05/29/2018.

_____
The Honorable Alfred Bennett
United States District Judge