United States District Court
Southern District of Texas
**ENTERED**
June 04, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § Plaintiffs, § VS. § CARLOS OTAVIO GUIMARAES and § JEMIM Da ROCHA GUIMARAES § § Defendants. § | CRIMINAL ACTION NO. 4:18-CR-103 |

## ORDER

The Order Setting Conditions of Release, entered March 9, 2018, (document # 35), is hereby MODIFIED as follows: Defendants are confined to the home, except when traveling to and from their attorney's office or for medical necessity.

It is so ORDERED.  JUN 0 4 2018

_____
The Honorable Alfred H. Bennett
United States District Judge

1 / 1